**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re: JAMES F. DOUCETTE & ROYCE L. DOUCETTE     Case Number: 05-70276
10469 MIDDLETOWN LN.     SSN-xxx-xx-9703 & xxx-xx-5798
HUNTLEY, IL  60142

Case filed on: 1/27/2005
Plan Confirmed on: 5/15/2006
C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $16,346.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | LAW OFFICE OF MACEY & ALEMAN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | BLATT, HASENMILLER, LEIBSKER, MOORE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | JAMES F. DOUCETTE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CHASE AUTO FINANCE | 9,681.81 | 9,681.81 | 3,948.33 | 239.29 |
| 002 | JP MORGAN CHASE BANK NA/BANK ONE | 28,215.92 | 25,675.00 | 10,548.76 | 518.24 |
| 003 | CHASE MANHATTAN MORTGAGE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CHASE HOME FINANCE LLC | 752.96 | 158.97 | 158.97 | 0.00 |
| 005 | DELL FINANCIAL SERVICES LP | 200.00 | 200.00 | 83.43 | 2.52 |
| 027 | CHASE AUTO FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 38,850.69 | 35,715.78 | 14,739.49 | 760.05 |
| 001 | CHASE AUTO FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | JP MORGAN CHASE BANK NA/BANK ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | DELL FINANCIAL SERVICES LP | 1,550.02 | 1,550.02 | 0.00 | 0.00 |
| 006 | BLATT, HASENMILLER, LEIBSKER, MOORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CAPITAL ONE SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | SMC | 2,261.37 | 2,261.37 | 0.00 | 0.00 |
| 011 | LVNV FUNDING LLC | 21,685.02 | 21,685.02 | 0.00 | 0.00 |
| 012 | CREDITORS BANKRUPTCY SERVICE | 3,469.36 | 3,469.36 | 0.00 | 0.00 |
| 013 | LAZARUS | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | LINENS & THINGS | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | MACEYS | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | MARSHALL FIELDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | MARSHALL FIELDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | MENARDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | MERVYNS | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | MONITRONICS INTERNATIONAL, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | NORDSTROM FSB | 3,405.34 | 3,405.34 | 0.00 | 0.00 |
| 022 | PROVIDIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | SEARS | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | TARGET NATIONAL BANK fka RETAILERS NAT'L | 3,031.91 | 3,031.91 | 0.00 | 0.00 |
| 025 | WALMART | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | ECMC | 46,657.93 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 82,060.95 | 35,403.02 | 0.00 | 0.00 |
|  | Grand Total: | 120,911.64 | 71,118.80 | 14,739.49 | 760.05 |

Total Paid Claimant:      $15,499.54
Trustee Allowance:        $846.46            Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:        0.00          discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/30/2007                By  /s/Heather M. Fagan